# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
### (Pittsburgh)

| | |
|---|---|
| In re: | ) |
| STEPHEN M. FERMAN, SR., | ) Bankruptcy No.: 22-20699-CMB |
| Debtor. | ) |
|  | ) Chapter 7 |
| BMO HARRIS BANK N.A., | ) |
| Movant, | ) |
| v. | ) |
| STEPHEN M. FERMAN, SR., | ) |
| Respondent. | ) |

### NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING MOTION OF BMO HARRIS BANK N.A. FOR RELIEF FROM THE AUTOMATIC STAY

TO THE RESPONDENT(S): Stephen M. Ferman, Sr.

*You are hereby notified that the above Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant, a response to the Motion no later than Monday, May 23, 2022, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the general procedures of Judge Bohm as found on his Procedures webpage at www.pawb.uscourts.gov/procedures. If you fail to timely respond and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

*A Zoom Video Conference Hearing* will be held on Thursday, June 9, 2022 at 1:30 P.M., before Judge Carlota M. Bohm via the *Zoom Video Conference Application* ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the Zoom hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following **Meeting ID: 161 4380 0191**. For questions regarding the connection,

contact Judge Bohm's Chambers at 412-644-4328. ***All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at,*** https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service: May 6, 2022

By: */s/ James K. Haney*
James K. Haney, Esq. (PA 86818)
1500 John F. Kennedy Blvd.
Two Penn Center Plaza, Ste. 810
Philadelphia, PA 19102
Tel: 215-546-2776
Fax: 215-546-3206
Email: jhaney@wongfleming.com
*Attorneys for Creditor, BMO Harris Bank N.A.*