**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**(Pittsburgh)**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| STEPHEN M. FERMAN, SR., | ) | Bankruptcy No.: 22-20699-CMB |
| | ) | |
| Debtor. | ) | |
| | ) | Chapter 7 |
| BMO HARRIS BANK N.A., | ) | |
| | ) | |
| Movant, | ) | Response Deadline: 5/23/2022 |
| v. | ) | |
| | ) | |
| STEPHEN M. FERMAN, SR., | ) | Hearing Date & Time: 6/9/2022 at |
| | ) | 1:30 P.M. |
| Respondent. | ) | |
| | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING SECURED CREDITOR**
**BMO HARRIS BANK N.A.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

The undersigned hereby certified that as of May 24, 2022, Secured Creditor BMO Harris Bank N.A. ("BHB") has received no answer, objection or other responsive pleading to Motion for Relief form the Automatic Stay to Recover certain Equipment, Docket No. 14, filed on May 6, 2022. The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay appears thereon. Pursuant to Notice of Hearing, objections to the Motion for Relief from the Automatic Stay were to be filed and served no later than May 23, 2022.

It is hereby respectfully requested that the Order attached to the Motion for Relief from the Automatic Stay be entered at the earliest convenience of the Court.

Dated: May 24, 2022          By:     */s/ James K. Haney*
                                     James K. Haney, Esq. (PA 86818)
                                     1500 John F. Kennedy Blvd.
                                     Two Penn Center Plaza, Ste. 810
                                     Philadelphia, PA 19102
                                     Tel: 215-546-2776
                                     Fax: 215-546-3206
                                     Email: jhaney@wongfleming.com
                                     *Attorneys for Creditor, BMO Harris Bank N.A.*