UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
(Pittsburgh)

|  |  |
|---|---|
| In re: | ) |
|  | ) |
| STEPHEN M. FERMAN, SR., | ) Bankruptcy No.: 22-20699-CMB |
|  | ) |
| Debtor. | ) |
|  | ) Chapter 7 |
| BMO HARRIS BANK N.A., | ) |
|  | ) |
| Movant, | ) |
| v. | ) |
|  | ) re doc. 14 |
| STEPHEN M. FERMAN, SR., | ) |
|  | ) |
| Respondent. | ) **ENTERED BY DEFAULT** |
|  | ) |

### ORDER OF COURT

AND NOW, this __24th__ day of __May__, 20__22__, upon consideration of the Motion for Relief from the Automatic Stay filed on behalf of BMO Harris Bank N.A. ("Movant"), it is hereby ORDERED, ADJUDGED, and DECREED that the automatic stay is unconditionally and immediately terminated as it affects the interests of Movant in the Equipment known as a 2019 Kenworth W900 (Serial No. 1XKWD49X8KJ301283) and its attached 2019 Ari 156" Legacy (Serial No. 12181786).

It is further ORDERED, ADJUDGED, and DECREED that this grant of relief from stay shall remain in full force and effect, notwithstanding any dismissal or subsequent conversion of this case to another chapter.

FILED
5/24/22 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Bohm_  dmk
Honorable Carlota M. Bohm

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 22-20699-CMB

Stephen M. Ferman, Sr. Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                 User: auto                                 Page 1 of 2
Date Rcvd: May 24, 2022                      Form ID: pdf900                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stephen M. Ferman, Sr., 1702 Hanna Street, New Castle, PA 16102-1516 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Thompson | on behalf of Debtor Stephen M. Ferman  Sr. bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com  PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| James K. Haney | on behalf of Creditor BMO Harris Bank N.A. jhaney@wongfleming.com sshalloo@wongfleming.com;spiotrowski@wongfleming.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Rebecca Solarz | on behalf of Creditor ONSLOW BAY FINANCIAL LLC bkgroup@kmllawgroup.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: May 24, 2022 Form ID: pdf900 Total Noticed: 1
TOTAL: 5