IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Stephen M. Ferman, Sr.**<br><br>Debtor<br><br>**Stephen M. Ferman, Sr.**<br><br>Movant<br><br>v.<br><br>No Respondent | : : : : : : : : : : : : : : : | Bankruptcy No. **22-20699**<br><br>Chapter **7**<br><br>Related to Document No. |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Brian C. Thompson, Esquire PA-91197**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

Northern Nevada Medical Center
2375 E. Prater Way
Sparks NV 89434

By: **/s/ Brian C. Thompson, Esquire**
Signature
**Brian C. Thompson, Esquire PA-91197**
Typed Name
**125 Warrendale-Bayne Road**
**Suite 200**
**Warrendale, PA 15086**
Address
**724-799-8404 Fax:724-799-8409**
Phone No.
**PA-91197 PA**
List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**