IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No.: 22-20699 CMB |
| Stephen M. Ferman, Sr., | Chapter 7 |
| Debtor. | Document No.: 36 |
| Charles O. Zebley, Jr., | |
| Trustee/Movant, | |
| vs. | |
| Stephen M. Ferman, Sr., | |
| Debtor/Respondent. | |

## ORDER OF COURT

AND NOW, upon consideration of the foregoing motion of Charles O. Zebley, Jr., Trustee for authority for Attorney Charles O. Zebley, Jr., and the law firm of Zebley Mehalov & White to serve as attorneys for the Trustee in this case, and it appearing that Attorney Charles O. Zebley, Jr., and the law firm of Zebley Mehalov & White, P.C. are attorneys duly admitted to practice in this Court; that they represent no interest adverse to this estate; and that their employment is necessary and in the best interest of the estate, it is hereby Ordered, Adjudged and Decreed that Attorney Charles O. Zebley, Jr. and Zebley Mehalov & White, P.C. be, and they are hereby, authorized to serve as attorneys for the Trustee in this case with compensation to be determined by this Court.

BY THE COURT

*Carlota M. Böhm*
United States Bankruptcy Judge

Dated: October 11, 2022

dmk

FILED
10/11/22 11:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Stephen M. Ferman, Sr.  
    Debtor

Case No. 22-20699-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 2  
Date Rcvd: Oct 11, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stephen M. Ferman, Sr., 1702 Hanna Street, New Castle, PA 16102-1516 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor ONSLOW BAY FINANCIAL LLC bnicholas@kmllawgroup.com |
| Brian C. Thompson | on behalf of Debtor Stephen M. Ferman Sr. bthompson@ThompsonAttorney.com, blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;jcastello@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com |
| Charles O. Zebley, Jr. | on behalf of Trustee Charles O. Zebley Jr. COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| Charles O. Zebley, Jr. | COZ@Zeblaw.com PA67@ecfcbis.com;Lyndie@Zeblaw.com |
| James K. Haney | on behalf of Creditor BMO Harris Bank N.A. jhaney@wongfleming.com sshalloo@wongfleming.com;spiotrowski@wongfleming.com |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Oct 11, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
                     ustpregion03.pi.ecf@usdoj.gov

TOTAL: 6